Charles LUEBBERT, Appellant,

v.

David BURKHART, M.D., Respondent.

No. WD 65155.

Missouri Court of Appeals,
Western District.

Oct. 18, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 22, 2005.

Harley K. Desselle, Independence, MO,
for Appellant.

Timothy M. Aylward, Kansas City, MO,
for Respondent.

Before VICTOR C. HOWARD, P.J.,
JAMES M. SMART and THOMAS H.
NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. Charles Luebbert appeals from a
circuit court judgment dismissing his med-
ical negligence claims with prejudice be-
cause they were not timely filed.

For reasons stated in the memorandum
provided to the parties, we affirm. Rule
84.16(b).